585 A.2d 347
STATE OF NEW JERSEY v. LYNN WIGGINS.

July 10, 1990.

Cross-petition for certification denied.

585 A.2d 347
STATE OF NEW JERSEY v. TRACEY HODGES.

July 10, 1990.

Petition for certification denied.

585 A.2d 347
STATE OF NEW JERSEY v. JOHN WESLEY BROWN.

July 10, 1990.

Petition for certification denied.

585 A.2d 347
STATE OF NEW JERSEY v. HECTOR MALDONADO.

July 10, 1990.

Petition for certification denied.

585 A.2d 347
STATE OF NEW JERSEY v. JESSE JAMES MOORE.

July 10, 1990.

Petition for certification denied.